UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOHN PELLICCIA, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:13-cv-00033-RLY-WGH |
| | ) |
| JACKSON COUNTY SCHNECK | ) |
| MEMORIAL HOSPITAL d/b/a | ) |
| SCHNECK MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John Pelliccia, M.D., by counsel, and Defendant, Jackson County Schneck Memorial Hospital d/b/a Schneck Medical Center, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear its/his own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Bradley L. Wilson | /s/ Brian L. McDermott (w/ permission) |
| John H. Haskin | Brian L. McDermott |
| Bradley L. Wilson | Ogletree, Deakins, Nash, Smoak & Stewart |
| John H. Haskin & Associates | 111 Monument Circle, Suite 4600 |
| 255 North Alabama Street, 2nd Floor | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46204 | |